1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6551 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov
   *Attorneys for the United States*

6

                  **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**

8  IN RE CERTIFICATION OF

9  LAW STUDENT
   BRIANNA DOUGHERTY.

10

11         In accordance with LR IA 11-5, I certify that:

12         (a)     I (and all of the Assistant United States Attorneys working in the United

13  State Attorney's Office for the District of Nevada) have been admitted to practice before

14  the highest court of a state for two years or longer and have been admitted to practice

15  before this Court.

16         (b)     I will supervise the work of BRIANNA DOUGHERTY and will require all

17  Assistant United States Attorneys with whom she works to supervise her in any oral

18  presentations before the Court and will ensure that all requirement of LR IA 11-5 are met.

19         (c)     BRIANNA DOUGHERTY, currently enrolled as a law student at the

20  William S. Boyd School of Law, University of Nevada, Las Vegas, has knowledge of and

21  / / /

22  / / /

23  / / /

24  / / /

1 | is familiar with the Federal Rules of Criminal Procedure, Civil Procedure, and Evidence,

2 | the Model Rules of Professional Conduct, and all other rules of this Court.

3 |

4 |       Respectfully submitted this 3rd day of March, 2023.

5 |

6 |                               JASON M. FRIERSON
United States Attorney

7 |

8 | 

9 |

10 |                               RICHARD ANTHONY LOPEZ
Assistant United States Attorney

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE CERTIFICATION OF

LAW STUDENT
BRIANNA DOUGHERTY.

## **ORDER**

The Court has read and considered the application of BRIANNA DOUGHERTY to be certified as a law student intern under the supervision of the United States Attorney's Office of the District of Nevada, pursuant to LR IA 11-5 of the Local Rules of the United States District Court for the District of Nevada.

Upon consideration of the application, and for the reasons stated therein and good cause appearing:

IT IS HEREBY ORDERED that BRIANNA DOUGHERTY is admitted before this Court pursuant to LR IA 11-5.

DATED this __3rd__ day of __March__, 2023.

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT

3